## PARKHURST v. PARKHURST et al.
### Civ. No. 5066.

District Court, Puerto Rico.
July 23, 1948.

H. S. McConnell, of San Juan, P. R., for plaintiff.

F. Fernandez Cuyar, and Hector Gonzalez Blanes, both of San Juan, P. R., for defendants.

CHAVEZ, District Judge.

The Court has reviewed and considered the evidence presented by both parties upon defendant's motion to dismiss and after a careful review of said evidence, the Court finds that the plaintiff, Wilburt P. Parkhurst, is domiciled in Puerto Rico.

The Court, therefore, concludes as a matter of law that it does not have jurisdiction in this cause and the motion to dismiss will be granted.